## Third District.

The People of the State of Illinois, defendant in error, v. Charles Gash, plaintiff in error. Gen. No. 8,390.

Heard in this court at the January term, 1930. ⬛ Opinion filed June 11, 1930. Rehearing denied October 16, 1930.

John F. Pearl and Chas. P. Kane, for plaintiff in error. Wirt Herrick, State's Attorney, for defendant in error.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Ottie Scott, alias Otto Scott, plaintiff in error. Gen. No. 8,391.

Heard in this court at the January term, 1930. ⬛ Opinion filed June 11, 1930. Rehearing denied October 16, 1930.

John F. Pearl and Chas. P. Kane, for plaintiff in error. Wirt Herrick, State's Attorney, for defendant in error.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Clayton Hotchkiss, plaintiff in error. Gen. No. 8,420.

Heard in this court at the April term, 1930. ⬛ Opinion filed June 11, 1930. Rehearing denied October 16, 1930.

Homer English and M. A. Brennan, for plaintiff in error. Joseph W. DePew, State's Attorney, and Edward Barry, Jr., Assistant State's Attorney, for defendant in error.

Mr. Justice Eldredge delivered the opinion of the court.